Ceferina Gayo HESS, Plaintiff–Appellant,

v.

LANDER UNIVERSITY; Daniel W. Ball, President; Robin R. Agnew, The Board of Trustees; Ann B. Bowen, The Board of Trustees; Bobby M. Bowers, The Board of Trustees; C. Tyrone Gilmore, The Board of Trustees; Finis E. Horne, The Board of Trustees; Maurice Holloway, The Board of Trustees; Raymond D. Hunt, The Board of Trustees; J. Thomas Kinard, The Board of Trustees; Glenn J. Lawhon, Jr., The Board of Trustees; Mammie W. Nicholson, The Board of Trustees; Anthony Noury, The Board of Trustees; Sally E. Self, The Board of Trustees; George R. Starnes, The Board of Trustees; Fred Thrailkill, The Board of Trustees; S. Anne Walker, The Board of Trustees; Ricci Land, The Board of Trustees; M. Craig White, The Board of Trustees; Susan C. Going; Larry A. Jackson; William T. Martin; Timothy L. Snyder; Aron G. Tannenbaum; Friederike Wiedemann, Defendants–Appellees.

No. 06–1341.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 19, 2006.

Ceferina Gayo Hess, Appellant Pro Se. Vance J. Bettis, Gignilliat, Savitz & Bettis, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM.

PER CURIAM:

Ceferina Gayo Hess appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Hess' civil action concerning her discharge from Lander University. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hess v. Lander Univ.,* No. 8:04–cv–01474–GRA, 2006 WL 406688 (D.S.C. Feb. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*